## A12A0661. RUTTER v. RUTTER.
### (753 SE2d 778)

RAY, Judge.

In *Rutter v. Rutter*, 294 Ga. 1 (749 SE2d 657) (2013), the Supreme Court reversed the judgment of this Court in *Rutter v. Rutter*, 316 Ga. App. 894 (730 SE2d 626) (2012). We therefore vacate our opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed. Miller and Branch, JJ., concur.*

DECIDED JANUARY 9, 2014.

*Bray & Johnson, Roger M. Johnson, Jennifer S. Gill*, for appellant.

*Hill-Macdonald, Vic B. Hill, Brad E. Macdonald, Abbott & Abbott, Robert K. Abbott, Jr., Parri S. Abbott*, for appellee.

*Samuel S. Olens, Attorney General, Nels S. D. Peterson, Solicitor-General*, amici curiae.

## A12A1116. WILLIAMS v. THE STATE.
### (753 SE2d 779)

RAY, Judge.

In *Williams v. State*, 293 Ga. 883 (750 SE2d 355) (2013), the Supreme Court reversed the judgment of this Court in *Williams v. State*, 317 Ga. App. 658 (732 SE2d 531) (2012). We therefore vacate our opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed. Miller and Branch, JJ., concur.*

DECIDED JANUARY 9, 2014.

*Childs & Noland, Craig M. Childs, Frank H. Childs, Jr., William H. Noland*, for appellant.

*Rebecca H. L. Grist, Solicitor-General, Cynthia T. Adams, Otis L. Scarbary, Assistant Solicitors-General*, for appellee.